MARY FLYNN, APPELLANT, v. NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD COMPANY, RESPONDENT.

Argued November 23, 1917—Decided March 4, 1918.

On appeal from the Supreme Court, whose opinion is reported in 90 *N. J. L.* 450.

For the appellant, *Edward F. Merrey.*

For the respondent, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, WHITE, HEPPENHEIMER, JJ. 5.

*For reversal*—MINTURN, KALISCH, WILLIAMS, GARDNER, JJ. 4.